# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Harrisonburg Division

| | |
|---|---|
| **AARON HILL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **ON-BOARD PMO CORPORATION,** | ) Case No. 5:19-cv-00090 |
| **AXALTA COATING SYSTEMS, LLC,** | ) |
| **AND AXALTA COATING SYSTEMS** | ) |
| **USA, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANT AXALTA COATING SYSTEMS, LLC'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Axalta Coating Systems, LLC, in the above captioned action certifies that the following parent corporations and publicly held corporations own 10% or more of its stock:

Axalta Coating Systems, LLC is a wholly-owned subsidiary of Axalta Coating Systems, U.S. Holdings, Inc.

Axalta Coating Systems U.S. Holdings, Inc. is a wholly-owned indirect subsidiary of Axalta Coating Systems, Ltd., a publicly-traded company.

Respectfully submitted, this the 21st day of July, 2020.

**AXALTA COATING SYSTEMS, LLC**

By      /s/     *Scott A. Siegner*
Scott A. Siegner (VSB #89570)
scott.siegner@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
901 East Byrd Street, Suite 1300
Riverfront Plaza, West Tower
Richmond, VA  23219
Tel.:    (804) 663-2330
Fax:    (804) 225-8641

*Counsel for Defendant Axalta Coating Systems, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of July, 2020, I electronically filed the foregoing with the clerk of the court using the CM/ECF which will send notification of such filing to counsel for Plaintiff:

<table>
<tr>
<td>

William C. Tucker (VSB #40754)
TUCKER LAW FIRM, PLC
690 Berkmar Circle
Charlottesville, Virginia  22901
Telephone: 833.388.2537
Facsimile: 833.388.2537
bill.tucker@tuckerlawplc.com

*Counsel for Plaintiff*

</td>
<td>

David K. Klass (Va. No. 787697)
R. Bryan Holbrook (Va. No. 86817)
Fisher & Phillips LLP
227 West Trade Street
Suite 2020
Charlotte, NC 28202
Telephone:  (704) 334-4565
Facsimile: (704) 334-9774
dklass@fisherphillips.com
bholbrook@fisherphillips.com

*Counsel for Defendant On-Board PMO Corporation*

</td>
</tr>
</table>

By  /s/ *Scott A. Siegner*
Scott A. Siegner (VSB #89570)
scott.siegner@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
901 East Byrd Street, Suite 1300
Riverfront Plaza, West Tower
Richmond, VA  23219
Tel.:   (804) 663-2330
Fax:   (804) 225-8641

*Counsel for Defendant Axalta Coating Systems, LLC*

43576252.1